Kevin J. Scanlan
ISB #5521; kjs@dukescanlan.com
Joseph M. Aldridge
ISB #9194; jma@dukescanlan.com
DUKE SCANLAN & HALL, PLLC
1087 West River Street, Suite 300
P.O. Box 7387
Boise, Idaho 83707
Telephone (208) 342-3310
Facsimile (208) 342-3299

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ZACHARY RASMUSSEN and SANDEE RASMUSSEN,<br><br>Plaintiffs,<br><br>vs.<br><br>DICK IRVIN, INC. and RONALD C. DUNCAN,<br><br>Defendants. | Case No. 4:18-cv-387<br><br>**DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)** |

Defendants Dick Irvin, Inc., and Ronald C. Duncan ("Defendants") hereby remove this case from the Fifth Judicial District Court in and for Cassia County, State of Idaho, Case No. CV16-18-00885, to the United States District Court for the District of Idaho, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. In support of this Notice of Removal, Defendants state as follows:

DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY) - 1

## I.   INTRODUCTION

**1.**     The United States District Court for the District of Idaho has original subject matter jurisdiction of this civil action pursuant to 28 U.S.C. § 1332(a) because there is complete diversity among all properly joined and served parties, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. Under 28 U.S.C. § 1441(b), no party properly joined and served as a defendant in this action is a citizen of Idaho, the state in which this action was filed.

**2.**     On August 17, 2018, Plaintiffs filed a Complaint and Demand for Jury Trial against Defendants in the District Court of the Fifth Judicial District of the State of Idaho in and for the County of Cassia, styled *Zachary Rasmussen and Sandee Rasmussen, Plaintiffs, vs. Dick Irvin, Inc., and Ronald C. Duncan, Defendants, Case No. CV16-18-00885* (the "Complaint"). *See* Attachment 2. At the time of filing this Notice of Removal, the state court matter is still pending in the District Court of the Fifth Judicial District of the State of Idaho in and for the County of Cassia. *See* 28 U.S.C. § 1441(a).

**3.**     Copies of the Complaint and Summons were served on Defendants Dick Irvin, Inc., and Ronald C. Duncan on August 21, 2018, through their attorney, Joseph M. Aldridge. *See* Attachment 2 (Complaint); Attachment 3 (Summons, Dick Irvin, Inc.,); Attachment 4 (Summons, Ronald C. Duncan); and Attachment 5 (Acceptance of Service).

**4.**     The named Plaintiffs, Zachary Rasmussen and Sandee Rasmussen, are citizens of the State of Idaho residing in Twin Falls County, based upon the Idaho Vehicle Collision Report associated with this accident and other records showing their home address in Twin Falls, Idaho.

5.      Both at the time this action was filed and at the time of removal, Defendant Ronald C. Duncan was, and still is, a citizen of the State of Montana, residing in Glacier County in the City of Cut Bank.

6.      Both at the time this action was filed and at the time of removal, Defendant Dick Irvin, Inc., was, and still is, a Montana corporation with its principle place of business in the City of Shelby, Toole County, Montana.

7.      This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) and 1441(b) because the parties are citizens of different states and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. *See* Attachment 2, Complaint, ¶ 7.

## 28 U.S.C. § 1446 REQUIREMENTS

8.      **Removal Is Timely**.  Defendants timely filed this Notice of Removal, within 30 days of service of the Complaint. *See* 28 U.S.C. § 1446(b).

9.      **Removal to This Court Is Proper**. The Complaint was filed in the District Court of the Fifth Judicial District of the State of Idaho in and for the County of Cassia. This Court is part of the "district and division within which such action is pending . . . ." 28 U.S.C. § 1446(a).

10.      **Pleadings and Process**.  Pursuant to 28 U.S.C. section 1446(a), a "copy of all process, pleadings, and orders served upon" Defendants are attached to this Notice of Removal as Attachments 2 – 4. Defendants have not answered or otherwise filed a response to the Complaint. Other than the documents attached as Attachments 2 – 4, no other pleadings, process, orders, or other papers in this case have been filed, served, or otherwise received by Defendants, or are presently on file in the District Court of the Fifth Judicial District of the State of Idaho in and for the County of Cassia. In the event that additional filings, if any, come to Defendants'

attention, Defendants will promptly provide this Court with true and correct copies of all such papers.

**11.     Notice to All Parties and the State Court**.   Concurrent with the filing of this Notice, Defendants gave written notice of this Notice of Removal to Plaintiffs' counsel of record, and will file a copy of this Notice of Removal with the Clerk of the District Court of the Fifth Judicial District of the State of Idaho in and for the County of Cassia. 28 U.S.C. § 1446(a), (d).

WHEREFORE, notice is given that this action is removed from the District Court of the Fifth Judicial District of the State of Idaho in and for the County of Cassia, to the United States District Court for the District of Idaho.

DATED this 30th day of August, 2018.

DUKE SCANLAN & HALL, PLLC


By /s/  Joseph M. Aldridge
    Kevin J. Scanlan – Of the Firm
    Joseph M. Aldridge – Of the Firm
    *Attorneys for Defendants*

DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY) - 4

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of August, 2018, I electronically filed the foregoing document with the U.S. District Court.  Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court CM/ECF System:

R.C. Stone
William A. Parsons
PARSONS, SMITH, STONE, LOVELAND & SHIRLEY, LLP
137 West 13th Street
P.O. Box 910
Burley, ID 83318
Telephone (208) 878-8382
*Attorneys for Plaintiffs*

☐ U.S. Mail, Postage Prepaid
☐ Hand Delivered
☐ Facsimile (208) 878-0146
☒ ECF/Email
    rcstone@pmt.org
    wparsons@pmt.org
    caroliner@pmt.org

/s/  Joseph M. Aldridge
Kevin J. Scanlan
Joseph M. Aldridge

DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY) - 5