Case 4:18-cv-00387-BLW   Document 1-2   Filed 08/30/18   Page 1 of 4

Electronically Filed
8/17/2018 10:36 AM
Fifth Judicial District, Cassia County
Joseph W. Larsen, Clerk of the Court
By: Noemi Alanis, Deputy Clerk

William A. Parsons
R.C. Stone
**PARSONS, SMITH, STONE,
LOVELAND & SHIRLEY, LLP**
137 West 13th Street
P.O. Box 910
Burley, Idaho 83318
(208) 878-8382 - Phone
(208) 878-0146 – Fax
Idaho State Bar #849
Idaho State Bar #1890
rcstone@pmt.org
wparsons@pmt.org
Attorneys for Plaintiffs

IN THE DISTRICT COURT OF THE FIFTH JUDICIAL DISTRICT OF THE

STATE OF IDAHO, IN AND FOR THE COUNTY OF CASSIA

| | |
|---|---|
| ZACHARY RASMUSSEN and SANDEE RASMUSSEN, <br><br> Plaintiffs, <br><br> vs. <br><br> DICK IRVIN, INC., and RONALD C. DUNCAN, <br><br> Defendants. | Case No. CV  CV16-18-00885 <br><br> COMPLAINT <br> Fee Cat: A.A. <br> Fee: $221.00 |

COME NOW the Plaintiffs, who for their cause of action alleges:

### COUNT I

1. On or about the 13th day of July, 2017, at 8:04 a.m. Ronald C. Duncan ("Duncan") during the course and scope of his employment with Dick Irwin, Inc. ("Irwin") and operating a 2008 Peterbilt Semi Truck and Tank Trailer owned by Irwin was Westbound on West Bedke Blvd., Burley, Idaho. At or about the same time and place, Zachary

COMPLAINT-1

Rasmussen ("Zachary") was operating a motorcycle Eastbound on West Bedke Blvd., Burley, Idaho with his headlight operating and was plainly visible to Southbound traffic.

2. As the vehicles approached each other Duncan inexplicably and without warning suddenly executed a left turn resulting in him simultaneously blocking both the Westbound and Eastbound lanes of travel. At the time of Duncan's sudden turn, Zachary was so close to that he didn't have time to react before impact with the trailer.

3. Duncan had a legal duty to yield the right of way to Zachary and breached that duty.

4. Duncan had a legal duty to properly signal his left turn and breached that duty.

5. Duncan had a legal duty to maintain a proper look out and breached that duty.

6. The foregoing breaches of legal duties constitute negligence.

7. As a direct and proximate result Zachary received severe and permanent bodily injury by reason of which he incurred special damages in the sum of $250,000.00 in medical expenses and such other as may be incurred and $45,833.00 in lost wages, and miscellaneous expenses for about $10,000.00.

8. He has also suffered general damages in the form of pain, suffering and permanent disability in excess of the jurisdictional limits of the court with the amount to be established at trial.

9. Sandee Rasmussen ("Sandee"), the wife of Zachary at all material times, has incurred damages as a result of loss of consortium directly and proximately caused by the negligence of Duncan and the resulting injuries to Zachary in a sum in excess of the jurisdictional limits of the court in an amount to be proven at trial.

**COUNT II**

1. The preceding allegations are incorporated by reference.

2. Duncan's action in suddenly and without warning crossing the center line and blocking two lanes of travel without regard to an oncoming vehicle which was plainly visible is willful and wanton. It was also an intentional and reckless action taken under circumstances where Duncan should have known that the oncoming vehicle would strike his vehicle and that his abrupt turn created an unreasonable risk of harm to any approaching vehicle and involved a high degree of probability that such harm would actually result.

WHEREBY, Plaintiffs pray judgment enter in Zachary's behalf and against the Defendants in the sum of $250,000.00 for his medical expenses, $45,833.00 in lost wages, $10,000 in other expenses and general damages suffered by Zachary as proven at trial together with costs and expenses reasonably incurred.

Plaintiffs further pray judgment enter in Sandee's behalf and against the Defendants for the damages she has incurred by virtue of lost consortium in the amount proven at trial.

DATED this 17 day of August, 2018.

**PARSONS, SMITH, STONE,
LOVELAND & SHIRLEY, LLP**

_William A. Parsons_
William A. Parsons
Attorneys for Plaintiff

**PARSONS, SMITH, STONE,
LOVELAND & SHIRLEY, LLP**

_R.C. Stone_
R.C. Stone
Attorneys for Plaintiff

# VERIFICATION

STATE OF IDAHO     )
                   ) ss
County of Cassia   )

Zachary Rasmussen, being first duly sworn on oath, deposes and says:

That he is the Plaintiff in the above-entitled action; that he has read the contents of the above and foregoing Complaint, and knows the contents thereof and the facts stated therein he believes to be true.

_____
Zachary Rasmussen

Subscribed and sworn to before me, this ___16___ day of August, 2018.

_____
Notary Public for Idaho
Residing at _Paul ID_
My commission expires on _2-18-2023_

# VERIFICATION

STATE OF IDAHO     )
                   ) ss
County of Cassia   )

Sandee Rasmussen, being first duly sworn on oath, deposes and says:

That she is the Plaintiff in the above-entitled action; that she has read the contents of the above and foregoing Complaint, and knows the contents thereof and the facts stated therein she believes to be true.

_____
Sandee Rasmussen

Subscribed and sworn to before me, this ___16___ day of August, 2018.

_____
Notary Public for Idaho
Residing at _Paul ID_
My commission expires on _2-18-2023_

COMPLAINT-4