UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ZACHARY RASMUSSEN and SANDEE RASMUSSEN,<br><br>          Plaintiffs,<br><br>vs.<br><br>DICK IRVIN, INC. and RONALD C. DUNCAN,<br><br>          Defendants. | Case No. 4:18-cv-00387-BLW<br><br>**JUDGMENT** |

In accordance with the order of dismissal entered concurrently,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be entered and that this case be dismissed in its entirety, with prejudice, as to all parties. All parties shall bear their own costs and attorneys' fees.

DATED: June 21, 2019

_____
B. Lynn Winmill
United States District Judge